UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>        Defendant. | No. 2:20-cv-1828 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has requested leave to proceed in forma pauperis. However, on September 15, 2010, in Harper v. California Department of Corrections and Rehabilitation, 2:09-cv-1969 GEB KJN P, the court found that plaintiff has "struck out" pursuant to 28 U.S.C. § 1915(g). Judgment was final in that case well before this action was initiated.

      Since plaintiff has struck out, he can no longer proceed in this court in forma pauperis unless he alleges in his complaint that he is "under imminent danger of serious physical injury." Id. That is not the case here.

      In light of the foregoing, the court will recommend that plaintiff's application to proceed in forma pauperis be denied and plaintiff be ordered to pay the $400 filing fee.

/////

1     Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

    IT IS HEREBY RECOMMENDED that

    1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) be denied; and

    2. Plaintiff be granted fourteen days within which to pay the $400 filing fee for this action.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
harp1828.3ks